

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

November 22, 2019

**V<span>IA</span> ECF**

Magistrate Judge James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Marcos Calcano v. American Eagle Outfitters, Inc.*
             Case No.: 19-cv-10062 (PGG)(JLC)

Dear Judge Cott:

      We were recently retained to represent defendant American Eagle Outfitters, Inc. ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of Defendant's time to answer, move, or otherwise respond to the Complaint from December 2, 2019 to January 2, 2020. Defendant submits this request so that it may be afforded additional time to investigate the allegations in the Complaint. This is Defendant's first request for an extension of time to respond to the Complaint.

      Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.


                                    By:   */s/ Jamie Haar*
                                           Jamie Haar


cc:    All counsel of record (by ECF)

40836070.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington